Michael L. VOSS, Jr., Appellant,

v.

Diane M. VOSS, Respondent.

No. WD33802.

Missouri Court of Appeals, Western District.

May 3, 1983.

Thomas E. Allen, Liberty, for appellant.

John E. Chick, Jr., Kansas City, for respondent.

Before WASSERSTROM, P.J., and TUR-NAGE and CLARK, JJ.

### ORDER

PER CURIAM:

Appeal from dissolution of marriage case.

Judgment affirmed. Rule 84.16(b).